IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSALIND STUBBS,

        Plaintiff,

v.                           4:11cv160-WS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 11) docketed October 7, 2011. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to prosecute.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this _____14th_____ day of ___November___, 2011.


                                          s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE